### 36175. SANDERS v. BEYER.

FELTON, C. J. A judgment based on the jury's verdict cannot be set aside by a motion to set aside as long as the verdict upon which the judgment is based stands and has not been set aside by proper procedure (*Buchanan* v. *Nash,* 211 *Ga.* 343, 86 S. E. 2d 111); therefore the court erred in setting aside the judgment since it was based on a jury's verdict which had not been set aside. The motion to set aside did not amount to a motion for a new trial.

The court erred in denying the motion to dismiss the motion to set aside and in setting aside the judgment.

*Judgment reversed. Quillian and Nichols, JJ., concur.*

DECIDED JUNE 6, 1956.

*Freeman D. Mitchell,* for plaintiff in error.

*James A. Bagwell,* contra.